UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
NATHAN LINDELL,                           )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )      Civil Action No. 08-1462 (PLF)
                                          )
THE LANDIS CORPORATION 401(K) PLAN;       )
LANDIS CONSTRUCTION COMPANY;              )
ETHAN LANDIS, individually and in his capacity )
as an officer; HUGH JEFFREY FOX, PLAN     )
ADMINISTRATOR of the LANDIS               )
CORPORATION 401(K) PLAN; and JOHN         )
DOES 1-5, Fiduciaries,                    )
                                          )
            Defendants.                   )
_____ )


<u>ORDER</u>

      For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

      ORDERED that defendants' motion to dismiss [3] is granted in part and denied in

part; it is

      FURTHER ORDERED that defendants Landis Construction Company and Ethan

Landis, individually and in his capacity as an officer, are dismissed from the case; the remaining

defendants will not be dismissed; and it is

FURTHER ORDERED that on or before August 11, 2009 the parties shall submit

a joint report to the Court indicating how they wish to proceed.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: July 28, 2009